IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

THE NETHERLANDS INSURANCE COMPANY,

    Plaintiff,

v.                                                                  Case No.:     4:09-CV-110

SCHMIEDE CORPORATION A/K/A                              Mattice/Lee
SCHMIEDE MACHINE AND TOOL
CORPORATION, TIMOTHY P. BERUBE,
JOHN VANIMAN, JOHN GAMBLE,
GEORGE W. KING, JR., MILTON L. MOSS,
NEAL PARKER, WILBERT CARLTON,
STEPHEN KING, RAY BURNS, DEBORAH
WATKINS, LEONARD PONDER, BARBARA
KING & PATRICIA BURNS,

    Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW the parties who have appeared in this case, by and through their undersigned counsel, and jointly stipulate to the voluntary dismissal without prejudice of all claims and counterclaims pursuant to Rule 41 of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    BURCH, PORTER & JOHNSON,
    a Professional Limited Liability Company


    /s/Scott J. Crosby
    Scott J. Crosby (TN BPR # 014287)
    130 North Court Avenue
    Memphis, Tennessee  38103
    Tel:     901.524.5000
    Fax:    901.524.5024
    scrosby@bpjlaw.com

HARWELL HOWARD HYNE GABBERT & MANNER, P.C.


/s/D. Alexander Fardon
Craig V. Gabbert, Jr. (BPR #005408)
D. Alexander Fardon (BPR #013787)
315 Deaderick Street,
Suite 1800
Nashville, TN 37238
Tel: 615.256.0500
Fax: 615.251.1059
cvg@h3gm.com
daf@h3gm.com